Kevin S. Sinclair, Esq., Nevada Bar No. 12277
*ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01111-RFB-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that, subject to approval by the Court, Defendant NORTH AMERICAN TITLE INSURANCE COMPANY hereby substitutes Kevin S. Sinclair and Sophia S. Lau of Early Sullivan Wright Gizer & McRae LLP, as counsel of record in place of Brittany Wood, Elizabeth Aronson and Aaron R. Maurice of Kolesar & Leatham. All future notices in this matter should be sent to:

Early Sullivan Wright Gizer & McRae LLP

8716 Spanish Ridge Avenue, Suite 105

Las Vegas, NV 89148

Phone: (702) 331-7593    Fax: (702) 331-1652

Email: ksinclair@earlysullivan.com / slau@earlysullivan.com

I consent to the substitution.         NORTH AMERICAN TITLE INSURANCE COMPANY

Date:   January 30, 2020              _____/s/ Annie Malave_____
                                      Authorized representative

We consent to the substitution.        KOLESAR & LEATHAM

Date:   January 30, 2020              _____/s/ Aaron R. Maurice_____
                                      Aaron R. Maurice, Esq.


                                      _____/s/ Brittany Wood_____
                                      Brittany Wood, Esq.


                                      _____/s/ Elizabeth Aronson_____
                                      Elizabeth Aronson, Esq.


We consent to the substitution.        EARLY SULLIVAN WRIGHT GIZER & McRAE LLP


Date:   January 30, 2020              _____/s/ Kevin S. Sinclair_____
                                      Kevin S. Sinclair, Esq.


                                      _____/s/ Sophia S. Lau_____
                                      Sophia S. Lau, Esq.


The substitution of attorney is hereby **APPROVED** and so **ORDERED.**

Date:  2-5-2020                       _____[signature]_____
                                      UNITED STATES MAGISTRATE JUDGE



2
**SUBSTITUTION OF ATTORNEY**

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, the foregoing **SUBSTITUTION OF ATTORNEY** was submitted electronically for filing and/or service to all parties and counsel identified on the CM/ECF System via Electronic Notification.

        */s/ D'Metria Bolden*
D'Metria Bolden



3
**SUBSTITUTION OF ATTORNEY**