WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01111-RFB-VCF<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP and therefore no longer needs to

///

///

receive notice related to this case.  Wright Finlay & Zak, LLP will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 27th day of February, 2020.

>WRIGHT, FINLAY & ZAK, LLP
>
>*/s/ Lindsay D. Robbins, Esq.*
>Lindsay D. Robbins, Esq.
>Nevada Bar No. 13474
>7785 W. Sahara Ave., Suite 200
>Las Vegas, NV 89117
>*Attorney for Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of February, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
Email: ksinclair@earlysullivan.com
Email: slau@earlysullivan.com

>*/s/ Faith Harris*
>An Employee of WRIGHT, FINLAY & ZAK, LLP

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-09-2020