1  Scott E. Gizer, Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
5  Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-FF15, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-01111-RFB-VCF <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Defendant, North American Title Insurance Company, by and through its attorney of record of the law firm of Early Sullivan Wright Gizer & McRae LLP, hereby gives notice that Kevin S. Sinclair, Esq. is no longer an attorney associated with Early Sullivan Wright Gizer & McRae and therefore no longer needs to receive notice related to this case.

///

///

///

///



574244.1

1  Early Sullivan Wright Gizer & McRae LLP will continue to represent North American Title Insurance Company, and requests that Scott E. Gizer, Esq. and Sophia S. Lau, Esq. receive all future notices.

Dated: September 2, 2020

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/- Sophia S. Lau*
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: 9-4-2020

_____
U.S. MAGISTRATE JUDGE



**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL**

574244.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

3
**[PLEADING TITLE]**