1

2

3

4

5

6

7

8

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15*

9

10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11

12

13

14

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-FF15,

Case No.:  2:19-cv-01111-CDS-VCF

**STIPULATION AND ORDER FOR LIMITED STAY OF CASE**

15

16

Plaintiff

vs.

17

18

NORTH AMERICAN TITLE INSURANCE COMPANY,

19

Defendant

20

21

22

23

24

        Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15 ("Plaintiff") and Defendant North American Title Insurance Company ("Defendant", and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

25

26

27

28

        This matter involves a title insurance coverage dispute wherein Plaintiff contends, and Defendant disputes, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance. There are now currently pending in the United States District Court for the District of Nevada and Nevada state courts

1  more than one-hundred actions between national banks, on the one hand, and title insurers, on the

2  other hand.  In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA

3  2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9

4  and/or CLTA 115.2/ALTA 5 Endorsements.

5  This matter was previously stayed pending a Ninth Circuit appeal in *Wells Fargo Bank,*

6  *N.A. v. Fidelity Nat'l Title Ins. Co.*, Ninth Circuit Case No. 19-17332 (District Court Case No.

7  3:19-cv-00241-MMD-WGC) ("*Wells Fargo II*") [ECF No. 12], which resolved on November 21,

8  2021.

9  The Parties have conferred and believe another limited six-month stay is warranted. The

10  *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada Supreme Court Case No. 83737

11  ("*PennyMac*") appeal remains pending.  Additionally, there is another fully briefed appeal to the

12  Nevada Supreme Court involving a similar coverage dispute in *Deutsche Bank Nat'l Trust Co. v.*

13  *Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 ("*Deutsche Bank*").  Both

14  *PennyMac* and *Deutsche Bank* are fully briefed, but oral argument has not been set. The Parties

15  anticipate that the Nevada Supreme Court's decisions in the foregoing appeals may touch upon

16  issues regarding the interpretation of policy and claims handling, that could potentially affect the

17  disposition of the instant action.

18  Accordingly, the Parties believe an additional stay of six months in the instant action will

19  best serve the interests of judicial economy.  The Parties request that the action be stayed for an

20  additional six months, through and including, August 7, 2023.  The Parties are to submit a Joint

21  Status Report on or before August 7, 2023.  The Parties further agree that this stipulation and stay

22  of this case is entered based on the specific circumstances surrounding this particular case, and

23  that this stipulation shall not be viewed as a reason for granting a stay in any other pending matter.

24  **NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby

25  stipulate and agree as follows:

26  1.  In the interests of judicial economy and in efforts to preserve the Parties' resources,

27  the Parties request that this action be **STAYED FOR AN ADDITIONAL SIX (6)**

28  **MONTHS**, through and including, August 7, 2023.

1     2.   All deadlines currently set in this case shall remain **VACATED**.

2     3.   The Parties are to submit a Joint Status Report on or before August 7, 2023.

3     4.   By entering into this Stipulation, none of the Parties is waiving its right to

4         subsequently move the Court for an order lifting the stay in this action.

5     5.   Notwithstanding this Stipulation, the Parties may continue to conduct third-party

6         discovery (including by issuing and enforcing third-party subpoenas) to preserve

7         evidence.

8         **IT IS SO STIPULATED.**

9  DATED this 6th day of February, 2023.      DATED this 6th day of February, 2023.

10 WRIGHT, FINLAY & ZAK, LLP      EARLY SULLIVAN WRIGHT
                                            GIZER & McRAE LLP

11

12 */s/ Lindsay D. Dragon*          */s/ Sophia S. Lau*
   Lindsay D. Dragon, Esq.          Sophia S. Lau, Esq.

13 Nevada Bar No. 13474            Nevada Bar No. 13365

14 7785 W. Sahara Ave., Suite 200     8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, NV 89117            Las Vegas, NV 89148

15 *Attorney for Plaintiff, Wells Fargo Bank,*  *Attorney for Defendant North American Title*
   *National Association, As Trustee For The*   *Insurance Company*

16 *Holders Of The First Franklin Mortgage*

17 *Loan Trust 2006-FF15 Mortgage Pass*
   *Through Certificates, Series 2006-FF15*

18

19

20                            **IT IS SO ORDERED.**

21

22

23                           _____
                           UNITED STATES DISTRICT JUDGE

24                            Dated: February 7, 2023

25

26

27

28