WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>           Plaintiff<br><br>    vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>           Defendant | Case No.: 2:19-cv-01111-CDS-VCF<br><br>**ORDER APPROVING<br>JOINT STATUS REPORT** |

Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15 and Defendant North American Title Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this status report pursuant to the Court's Order, filed on February 7, 2023 [ECF No. 20], requiring a joint report on or by August 7, 2023, addressing the status of the Nevada Supreme Court appeals in *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nev. Sup. Ct. Case No. 83737 ("*PennyMac*") and *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161 ("*Deutsche Bank*").

The Nevada Supreme Court heard oral argument in both *PennyMac* and *Deutsche Bank* on April 11, 2023.  Decisions remain pending in both.  The Parties have conferred and believe an additional stay of ninety (90) days is warranted in light of the apparently imminent decisions from the Nevada Supreme Court.  The Parties request that the action continued to be stayed, through and including, November 6, 2023.  The Parties will submit a Joint Status Report by November 6, 2023.

| DATED this 7th day of August, 2023. | DATED this 7th day of August, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, Wells Fargo Bank, National Association, As Trustee For The Holders Of The First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15* | */s/ Sophia S. Lau* <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, NV 89148 <br> *Attorney for Defendant North American Title Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2023