UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Wells Fargo Bank, National Association,

          Plaintiff

  v.

North American Title Insurance Company,

          Defendant

Case No. 2:19-cv-01111-CDS-NJK

**Order Granting Request to Stay and Discharging Order to Show Cause**

[ECF No. 28]

      I ordered plaintiff Wells Fargo Bank, National Association to show cause as to why this case should not be dismissed given the *PennyMac* and *Deutsche Bank* decisions issued by the Supreme Court of Nevada. ECF No. 25. On the day of the already extended deadline, plaintiff filed a motion seeking an additional 30 days to respond. ECF No. 28. Plaintiff claims that "there are factual distinctions in this case that were not addressed by *Deutsche Bank*" and given the similar factual distinctions in this case, the matter should be stayed until the Ninth Circuit's resolution of *Wells Fargo Bank, N.A. v. Commonwealth Land Title Insurance Company*, Case No. 19-16181. *Id.* at n. 1. Defendant North American Title Insurance Company does not oppose the requested extension, but plaintiff's motion is silent on defendant's position regarding its request to stay. However, because of the potential impact *Wells Fargo* may have in this matter, I find that a brief stay is prudent.

      IT IS THEREFORE ORDERED the motion to extend time [ECF No. 28], alternatively seeking a stay of this matter, is granted and the order to show cause (ECF No. 25) is discharged. The parties must file a joint status report no later than March 18, 2024 advising as to the status of the *Wells Fargo* appeal; or within 14 days of the Ninth Circuit's decision, whichever is first.

Dated: January 12, 2024

_____
Cristina D. Silva
United States District Judge