Scott E. Gizer, Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-FF15,<br><br>Plaintiff<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:19-cv-01111-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass Through Certificates, Series 2006-FF15 and Defendant, North American Title Insurance Company, by and through their respective counsels of record, hereby stipulate and agree as follows:

///

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint [ECF No. 1] is dismissed in its entirety with prejudice with each party to bear its own fees and costs.

DATED this 26th day of April, 2024.  DATED this 26th day of April, 2024.

EARLY SULLIVAN WRIGHT  WRIGHT, FINLAY & ZAK, LLP
GIZER & McRAE LLP

By: /s/-- *Scott E. Gizer*  By: /s/-- *Yanxiong Li*
Scott E. Gizer, Esq.  Darren T. Brenner, Esq.
Nevada Bar No. 12216  Nevada Bar No. 8386
8716 Spanish Ridge Avenue, Suite 105  Lindsay D. Dragon, Esq.
Las Vegas, Nevada 89148  Nevada Bar No. 13474
*Attorneys for Defendant, North American*  Yanxiong Li, Esq.
*Title Insurance Company*  Nevada Bar No. 12807
 7785 W. Sahara Avenue, Suite 200
 Las Vegas, Nevada 89117
 *Attorneys for Plaintiff, Wells Fargo Bank,*
 *National Association, as Trustee for the Holders*
 *of the First Franklin Mortgage Loan Trust*
 *2006-FF15 Mortgage Pass Through*
 *Certificates, Series 2006-FF15*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 29, 2024



**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024 the foregoing **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

      *Jackie Hosey*
      JACKIE HOSEY
      An Employee of EARLY SULLIVAN
        WRIGHT GIZER & McRAE LLP